Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma ▼

_____ Division

**FILED**
DEC 15 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____ DEPUTY

Reagan Berry Poteet

Case No. CIV-25-1503-J
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

Oklahoma Board of Bar Examiners

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Reagan Berry Poteet |
| Address | 943 Rock Canyon Dr. |
| | Duncanville    TX    75137 |
| | *City*    *State*    *Zip Code* |
| County | Dallas |
| Telephone Number | (214) 914-1195 |
| E-Mail Address | Reagan.poteet@alumnimail.pepperdine.edu |

    **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Oklahoma Board of Bar Examiners |
| Job or Title *(if known)* | |
| Address | 1901 N. Lincoln Blvd., P.O. Box 53036 |
| | Oklahoma City    OK    73152 |
| | *City*    *State*    *Zip Code* |
| County | Oklahoma City |
| Telephone Number | (405) 416-7075 |
| E-Mail Address *(if known)* | admin@okbbe.com |

[ ] Individual capacity    [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Cary Pirrong |
| Job or Title *(if known)* | Administrative Director |
| Address | 1901 N. Lincoln Blvd., P.O. Box 53036 |
| | Oklahoma, City    OK    73152 |
| | *City*    *State*    *Zip Code* |
| County | Oklahoma City |
| Telephone Number | (405) 416-7022 |
| E-Mail Address *(if known)* | cpirrong@okbbe.com |

[✔] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**
Name
Job or Title *(if known)*
Address

|  |  |  |
|---|---|---|
| City | State | Zip Code |

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Address

|  |  |  |
|---|---|---|
| City | State | Zip Code |

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? State officials denied me of the federal right of due process under the 14th Amedment issuing an ultra vires order, and not following the process set out in their Rules Governing Admission for the Practice of Law. After the fact, the Supreme Court of Oklahoma then issued a ruling with no reasoning regarding the merits of my claims in my Petition for Review found in the public record of SCBD 7993.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant, the Oklahoma Board of Bar Examiners is a state agency created under state law, and by summarily denying my Petition for Clerical Error in which I compiled clear and convincing evidence in support of the fact that my Bar Exam score was undeniably erroneous, they acted under the color of state law to deprive me of due process in violation of their internal process known as Rule 12 of the Rules Governing Admission to Practice Law in the State of Oklahoma.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I took the Universal Bar Exam in July of this year in the State of Oklahoma. I was informed that I had failed by a large margin of 19 points due to my writing performance. After thorough research, I determined that this supposed fact was demonstrably false, so I sought an investigation as the OKBBE rules explicitly provide for. On October 21, 2025, I was informed in a one-sentence email that the Board elected to " take no action" on my request in contravention of the plain language of their Rule 12.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The final "order" rendered against me in this matter occurred on October 21, 2025, and took the form of a one-sentence email summarily denying my request for an investigation. This occurred one month after I filed my orginal Petition for Clerical Error with the evidence provided to trigger Rule 12 in the Rules Governing Admission for the Practice of Law set out for the Oklahoma Board of Bar Examiners to operate under which answers to the people of the great State of Oklahoma.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I recieved a score of 117.8/200, which was off the bell-curve of the score distribution in Oklahoma, in July 2025 on my written section. A score that, on its face, is so false that it truly can only be described as something that shocks the conscience. I presented evidence to the Board that included an expert in Bar Exam essays and my Professor which indicated that the essays were " very thorough" /passing, and that he wished to be provided as a reference to the OKBBE going so far as to urge Mr. Cary Pirrong, to consider my Petition among other evidence such as AI corroboration of passing, and a clear pattern of ExamSoft software failures. Yet, I was afforded no due process that comports with the federal standard by the Board in determining my right to admission to practice law, and the state agency thereby abused their discretion in not conducting a basic investigation in light of the clear and convincing evidence that I provided to the Board proving the above assertion. An investigation in this matter merely required a cursory glance at my actual essay performance to see that the purported score was statistically impossible considering the fact that it reflects a performance of blank answers/incoherence. Please see full record attached in Exhibits: A, B, C, and D for extensive elaboration of the evidence.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1) My admission to the State Bar of Oklahoma has been unduly prejudiced with this aribitrary and capricious action on the part of the state agency.

2) I have lost any real ability to earn a suitable income as an attorney for which I went to school explicitly to attain, and staked my entire financial future on.

3) I was not given adequate due process which comports with the Federal standard laid out in the 14th Amendment, and the rules of the quasi-agency mandate them to afford lest they act in an ultra vires manner - which they unequivocally did.

4) State agencies that break the letter of the law with policies that do not align with their rules, and indeed have no basis in the plain langauge of their rules, injure all citizens of the great State of Oklahoma. If this action continues to happen many more applicants for admission to the Oklahoma Bar Association will be handled arbitrarily and subjected to the same abuse of power, with no due process, for no reason aside from unwritten policy that is self-serving when they are supposed to be serving the public. The Loper Bright case removes unfettered deference to such self-serving interpretations of agency enabling statues, or in this case, agency rules promulgated for them to operate under.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Plaintiff seeks a permanent injunction ordering Defendant Oklahoma Board of Bar Examiners to immediately certify, and admit him to the Oklahoma Bar Association, and to enjoin any further enforcement of the December 8th denial, or requirement that I re-take the Bar Exam as the Defendant's actions have been arbitrary and capricious under the Oklahoma Administrative Procedure Act Section 318.

2) Plaintiff, in the alternative, humbly prays for whatever relief the court may deem appropriate in this matter.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/09/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Reagan Berry Poteet

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City       State       Zip Code*

Telephone Number
E-mail Address