**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| REAGAN BERRY POTEET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1503-J |
| | ) | |
| OKLAHOMA BOARD OF BAR EXAMINERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Order entered this same day, Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of December, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE